UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAMIEN MIMS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:13-CV-01599-B |
| | § | |
| GENERAL NUTRITION CORPORATION, | § | |
| GN OLDCO CORP. | § | |
|     Defendants. | § | |

<u>PLAINTIFF'S PRETRIAL DISCLOSURES</u>

TO:  General Nutrition Corporation and GN Oldco Corp., by and through its attorneys of record, Gary Fowler, Jackson Walker, 901 Main St., Ste. 6000, Dallas, TX 75202.

Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i)-(iii), the Plaintiff provides the following Pretrial Disclosures:

1. The name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises:

Will present at trial:

    1.    Damien Mims

    2.    Marco Cisneros

    3.    Mariah Taylor

    4.    Ellaine Reily

    5.    John Reynolds
           5717 Coimar
           McKinney, Texas 75070

    6.    Kevin Griggs

    7.      Derek Milhousen

    8.      James Inlow
             6520 Plantation Ln.
             Frisco, Texas 75035
             (214) 693-0343

    9.      Raika Smitha

    10.    Lorraine Reidy

May Call if the Need Arises:

    11.    Shanequa Banes

    12.    Deatric Jones

    13.    Laquitta Fennell

    14.    Nathaniel Williams

    15.    Felix Williams

    16.    Markus Griffin

    17.    Craig Birch

    18.    Ron Hallock

    19.    David Duboi

    20.    Mike Merchant

    21.    Alana Swartzendruber

    22.    Mary Ann

    23.    Rita Jacobs

Plaintiff reserves the right to call any witness listed in Defendants' Pretrial Disclosures.

2. The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition.

John Thomas Reynolds

P. 16, l. 2-18

P. 38, l. 21-P. 39, l. 11

P. 40, l. 15-P. 42, l. 16

P. 43, l. 23-P. 44, l. 7

P. 44 l. 12-24


Kevin Griggs

Pp. 20, l. 15- P. 21, l. 6

P. 22

Pp. 23, l. 19— P. 24, l. 4

P. 25, l. 16-22

Pp. 29, l. 19- P. 30, l. 3

P. 30, l. 23- P. 31, l. 20

P. 36, l. 11-22

P. 39, l. 14-16

Pp. 41, l. 19-25

P. 42, l. 14-17

P. 47, l. 11-21

P. 49, l. 20-24

P. 64, l. 5-8

P. 69, l. 8-13

P. 72, l. 17-21

P. 72, l. 24, P. 73, l. 10

P. 76, l. 1-17

Pp. 81, l. 1-11

P. 82, l. 18 -P. 83, l. 7

3. An identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises.

Will present at trial:

| | |
|---|---|
| GNC Employee Handbook | bates labeled Plaintiff 3-21 |
| Pay Stub | bates labeled Plaintiff 46 |
| Sales Figures Associates & Managers | bates labeled Plaintiff 47-53 |
| Weekly KIP Indicators by Employee Number | bates labeled Plaintiff 62 |
| Division 3, Region #36 Rankings WTD for WE 6/30/12 | bates labeled Plaintiff 64 |
| TWC Job Searches | bates labeled Plaintiff 68-81 |
| TWC Claim for unemployment | bates labeled Plaintiff 82-98 |
| Jack-in-the-Box Pay Stub | bates labeled Plaintiff 218 |
| Defendant's EEOC Position Statement | bates labeled Plaintiff 241-245 |
| Written Statement of Mims | bates labeled GNC 141-142 |
| Written Statement of Swartzendruber | bates labeled GNC 143 |
| Report of Griggs | bates labeled GNC 216 |
| Employee Termination Sheet | bates labeled GNC 186 |

| | |
|---|---|
| Gift Card Program | bates labeled GNC 277-278, 496 |
| Store Manager List | bates labeled GNC 288 |

May present at trial if the need arises:

| | |
|---|---|
| GNC Benefits Confirmation | bates labeled Plaintiff 1-2 |
| GNC New Hire Packet | bates labeled Plaintiff 3-21 |
| Sales by Part Time | bates labeled Plaintiff 54-55 |
| Sales by Management | bates labeled Plaintiff 56 |
| Center Listing-Region Summary | bates labeled Plaintiff 57 |
| Certificate of Achievement | bates labeled Plaintiff 58-59 |
| Congrats letter for Anatabloc module | bates labeled Plaintiff 60-61 |
| Employee Information Report | bates labeled Plaintiff 65-66 |
| Expected Hours Work Plan | bates labeled Plaintiff 67 |
| TWC benefit | bates labeled Plaintiff 116 |
| TWC decision | bates labeled Plaintiff 117-122 |
| TWC Right to Sue | bates labeled Plaintiff 123-124 |
| EEOC Charge | bates labeled Plaintiff 125 |
| EEOC Right to Sue | bates labeled Plaintiff 126-127 |
| GNC Postings | bates labeled Plaintiff 128-137 |
| Plaintiff's notes | bates labeled Plaintiff 138-139 |
| Plaintiff's additional notes | bates labeled Plaintiff 140-141 |
| Vitamin Shoppe Pay Stubs | bates labeled Plaintiff 164-176, 217, 326-331 |

| | |
|---|---|
| 2012 W-2 | bates labeled Plaintiff 179 |
| Resume | bates labeled Plaintiff 194 |
| TWC Certified Records | bates labeled Plaintiff 195-216 |
| TWC Audio Recording February 25, 2013 | |
| TWC Audio Recording April 5, 2013 | |
| TWC Hearing Transcript February 25, 2013 | |
| TWC Hearing Transcript April 5, 2013 | |
| Benefits at Vitamin Shoppe | bates labeled Plaintiff 219-220 & 333-334 |
| Letter from Texas Comptroller of Public Accounts | bates labeled Plaintiff 221 |
| EEOC file | bates labeled Plaintiff 222-324 |
| Pay Summary from Vitamin Shoppe | bates labeled Plaintiff 325 |
| 2013 W-2 from Vitamin Shoppe | bates labeled Plaintiff 332 |
| 2010-2013 Tax Return Transcripts | bates labeled Plaintiff 335-363 |

Plaintiff reserves the right to offer any exhibit listed in Defendants' Pretrial Disclosures.

Respectfully submitted,

s/Susan E. Hutchison
Susan E. Hutchison
Texas Bar No. 10354100
hutch@hsjustice.com

Christopher E. Stoy
Texas Bar No. 24075125
cstoy@hsjustice.com

                                                HUTCHISON & STOY, PLLC
                                                509 Pecan St., Ste. 201
                                                Fort Worth, Texas 76102
                                                Phone:  817-820-0100
                                                Fax:   817-820-0111

## **CERTIFICATE OF SERVICE**

      This is to certify that on September 24, 2014, a true and correct copy of the above and foregoing document was served on the following attorneys of record by delivery through the ECF as follows:

Gary Fowler
Sarah D. Mitchell
Jackson Walker
901 Main St., Ste. 6000
Dallas, TX  75202


                                                s/Susan E.  Hutchison
                                                Susan E. Hutchison